MURIEL MEYERS et al., on Behalf of Themselves and All Other Stockholders of Curtiss-Wright Corporation Similarly Situated, Appellants, *v.* J. CHEEVER COWDIN et al., Respondents, et al., Defendants.

Argued November 13, 1943; decided November 27, 1946.

*Samuel J. Levinson* and *Frank Weinstein* for Sidney Schneiderman, appellants.

*Sidney L. Garwin* and *Joel Mencher* for Muriel Meyers, appellant.

*John W. Davis, Ralph M. Carson, Porter R. Chandler* and *S. Hazard Gillespie, Jr.,* for J. Cheever Cowdin, et al., respondents.

*Kenneth M. Spence* and *Thomas L. Howe* for Curtiss-Wright Corporation and Wright Aeronautical Corporation, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.